UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/6/2021

AMANDA MAHONEY-FERNANDES,

    Plaintiff,

-against-

CVS PHARMACY INC. et al.,

    Defendants.

20-cv-6474

ORDER

MARY KAY VYSKOCIL, United States District Judge:

  On May 6, 2021, the Court held a conference in this matter. As the Court admonished at the conference, IT IS HEREBY ORDERED that, by July 5, 2021, Defendants CVS Albany, LLC and Compass Health Brands Corp. shall respond to Plaintiff's outstanding discovery demands, in detail, relying on the information that Plaintiff has provided about the allegedly defective product. IT IS FURTHER ORDERED that Plaintiff shall promptly provide corrected medical authorizations, and Plaintiff's deposition shall be taken in person.

  IT IS FURTHER ORDERED that, by August 18, 2021, Plaintiff shall file either proof of service on Defendant Tops Medical Articles, or a letter showing cause why the Court should not dismiss the case against Tops Medical Articles for failure to serve.

  IT IS FURTHER ORDERED that the deadline to complete all fact discovery is October 4, 2021. IT IS FURTHER ORDERED that the parties shall appear for a further conference on October 7, 2021 at 11:00 AM. One week in advance of that conference, the parties shall file a joint status letter, which must include a proposed schedule for the swift completion of any expert discovery. IT IS FURTHER ORDERED that, if discovery issues arise that the parties cannot resolve themselves, the parties must immediately bring those issues to the Court's attention. Do

not wait until the October conference is approaching, and do not expect the Court to extend the deadline for discovery.

**Counsel and the parties are on notice that failure to complete the discovery in good faith, meet the deadlines set forth above, or otherwise to comply with the Court's Rules and orders may result in sanctions.**

SO ORDERED.

Date: May 6, 2021
New York, NY

_____
MARY KAY VYSKOCIL
United States District Judge